UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO: 05-CV-11638-JLT

| | |
|---|---|
| RASHID JAHM, Pro se Plaintiff, | * |
| | * |
| Plaintiff | * |
| VS. | * |
| | * |
| DENNIS D. LIEBER, In His Official And Individual Capacity, | * |
| MARY KELLY, In her Official And Individual Capacity, | * |
| CRAIG NOLAND, SHAWN M. BREIMAYER, SCR, | * |
| GEORGE S. BUTH, In His Official And Individual Capacity | * |
| Circuit Court Chief Judge, STATE OF MICHIGAN, Ex Rel, | * |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | * |
| MIKE COX, GOVERNOR JENNIFER M. GRANHOLM, | * |
| PAUL J. FISCHER, In His Official And His Individual Capacity, | * |
| MICHIGAN JUDICIAL TENURE COMMISSION, CATHERINE | * |
| GARCIA-LINDSTROM, In His Official And Individual Capacity, | * |
| KEMPER INSURANCE PRESIDENT CLAIM DEPT., STEVEN | * |
| C. COUCH, MIDWEST CLAIM SERVICES, GEORGE L. | * |
| McCARGER, STEPHEN C. BRANSDORFER, BROAD SPIRE | * |
| CLAIM NO. 169DU324091, 565AU109329, KATHY GRIFFIN, | * |
| | * |
| Defendants | * |

LOCAL RULE 7.1(A)(2)
CERTIFICATION OF CONSULTATION
(MOTION TO DISMISS)

The undersigned certifies that counsel has attempted to confer with the Pro se Plaintiff Rashid Jahm relative to the issues underlying the accompanying motion to dismiss, in a good faith effort to resolve or narrow the issues presented; Plaintiff has failed to respond to numerous requests in this regard.

The undersigned's efforts included, but were not limited to, a telephone call on January 3, 2006, at approximately 1:25 p.m., to the number listed on the Plaintiff's Complaint (978-258-9419). The individual who answered the phone at first admitted he was Rashid Jahm and

subsequently, after counsel identified himself and stated why he was calling, the male who had answered the phone then hesitated, denied he was Rashid Jahm, and stated Rashid Jahm was not there; the male further indicated that he knew nothing else about Rashid Jahm, his whereabouts, or the male's relationship to him, if any.

    Respectfully submitted,
    Craig R. Noland
    By his attorneys

    /s/ Stephen J. Duggan
    _____

    Stephen J. Duggan, BBO # 137610
    J. William Chamberlain, Jr., BBO # 632784
    Lynch & Lynch
    45 Bristol Drive
    South Easton, MA  02375
    508-230-2500
    Sduggan@LynchLynch.com
    Wchamberlain@LynchLynch.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this third day of January, 2006.

    /s/ Stephen J. Duggan
    _____

Case 1:05-cv-11638-JLT     Document 8     Filed 01/03/2006     Page 3 of 3