AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Rashid Jahm_ · District of _Boston, Massachusetts_

FILED

2006 JAN -3 A

DISTRICT COURT

**SUMMONS IN A CIVIL CASE**

v.

_Craig Noland (P30717)_

CASE NUMBER:

## 05 - 11638 JLT

TO: (Name and address of Defendant)

_Craig Noland (P30717)_
_Smith, Haughey, Rice, Roegge_
_200 calder plaza Bldg_
_250 Monroe NW_
_Grand Rapids, Mi 49503     616 - >>4 - 8000_

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _20_ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_December 1, 2005_

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11 — 2 — 05 |

| NAME OF SERVER *(PRINT)* Postal certified | TITLE Post man |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _US Mail certified first class with Return Receipt_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $5.55 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12 — 12 — 05

       Date          Signature of Server

---

SENDER

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
☑ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Bonnie Bassett    12/12/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Craig Noland (P30717)
Smith, Haughey, Rice, Roegge
200 Calder Plaza Bldg
250 Monroe N.W.
Grand Rapids, Mi 49503

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Rashid Jahm ,

FILED
IN OFFICE
2006 JAN -3 A 9: 04

District of Boston Massachotte

DISTRICT COURT
DISTRICT OF MASS.

V.

Brian Cardecia Vice Presiden Or who might be conern - Midwest claim

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 - 11638 JLT

TO: (Name and address of Defendant)

Midwest claim . Brian Cardecia Vice President
1700 Opdyke court, Auburn hills, or who might be-
concern.
800 - 225 - 6561                          Mi
48326

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

December 1, 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11 – 7 – 05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Postal certified | Post man. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): _U S Mail certified first class with Return Receipt_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $ 5.57 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12 – 12 – 05
                    Date                    Signature of Server

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Lisa Ahlach_     ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Aalach_                            12-12-05

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Midwest claim Service
Brian eandicig (who might concern.
1700 opolyhe court
Auburn. hills, Mi
        48326

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt        102595-02-M-1540

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

*Rashid Jahm*

District of Massachusetts (Boston)

2006 JAN -3 A 9: 05

DISTRICT COURT
DISTRICT OF MASS.

V.

*George L. McCarger (P45588)
and Stephen C. Bransderfer (PM133)*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 - 11638 JLT

TO: (Name and address of Defendant)

*George L. McCarger (P45588) Stephen C. Bransderfer P11133
161 ottawa Ave NW STe 411-S
Grand Rapids, Mi 49503-2898
616-774-8422*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

*December 1, 2005*

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11 – 7 – 05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Partal certified | Post man. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): _U S Mail certified first class._
_with return receipt_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12 – 12 – 05
Date                    Signature of Server

---

**SENDER:** COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George McCarger
161 ottawa Ave NW Ste 411. S
Grand Rapids, MI 49503
2890

| A. Signature | |
|---|---|
| X S. Rickett | ☐ Agent ☐ Addressee |

B. Received by (Printed Name)    C. Date of Delivery
12·12·05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service)
6920 7224 E000 0660 5002

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Rashid Jahm _____ District of Boston, Massachusetts

2006 JAN -3 A 9:05

DISTRICT COURT
DISTRICT OF MASS.

V.

**SUMMONS IN A CIVIL CASE**

Dennis D. Lieber    CASE NUMBER:

## 05 - 11638 JLT

TO: (Name and address of Defendant)

Dennis D. Lieber in his official
and individual capacity
circuit court judge
180 Ottawa NW Suite 10500D
Grand Rapids, MI 49503    616-632-5012

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

December 1, 2005

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11-7-05 |

| NAME OF SERVER (PRINT) Partal certified | TITLE Post man. |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): U S Mail certified first class with Return Recipt

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $5.53 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-12-05
<br>Date            Signature of Server

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
<br>X  Jeremy Marcusse   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
<br>Jeremy Marcusse

1. Article Addressed to:
<br>Dennis D. Lieber
<br>180 ottawa NW Suite 1050
<br>Grand Rapids, MI 49503

D. Is delivery address different from Item 1?  ☐ Yes
<br>If YES, enter delivery address below:  ☐ No

DEC 12 2005

3. Service Type
<br>☐ Certified Mail   ☐ Express Mail
<br>☐ Registered   ☐ Return Receipt for Merchandise
<br>☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
<br>(Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

*Rashid Jahm -* District of *Boston, Machetts*

FILED IN OFFICE
2006 JAN -3 A 9:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

## SUMMONS IN A CIVIL CASE

v.

*Kemper Insurance President claim Dept.*

CASE NUMBER:

# 05 - 11638 JLT

TO: (Name and address of Defendant)

*Kemper Insurance President claim Dept*
*one Kemper Lane Long Grove, IL. 60049*
*Claim No. 169DU024091   claim No. 565AU109329*
            *847-320-3844*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ *20* _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

*December 1, 2005*

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11 — 7 — 0 5 |

| NAME OF SERVER (PRINT) *Postal certified* | TITLE *Post man* |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _U S Mail certified first class with return Receipt_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $5.53 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12 — 12 — 05__     _____
            Date              Signature of Server

SENDER:

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

Kemper Insurance President
one Kemper Lane Long Grove
Long Grove, IL 60649

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
  ☐ Certified Mail  ☐ Express Mail
  ☐ Registered  ☐ Return Receipt for Merchandise
  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

*Rashiel Jahm* District of *Boston Massachetts*

2006 JAN -3 A 9: 05

DISTRICT OF MASS.    **SUMMONS IN A CIVIL CASE**

V.

*Catherine Garcia - Lindstorm in official and*
*individual capacity.*    CASE NUMBER:

# 05 - 11638 JLT

TO: (Name and address of Defendant)
*Catherine Garcia - Lindstorm.*
*Walker Police Dept*
*4343 Remembrance Rd. Walker, Mi. 49544 -1181*
*616-791-6802*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____ *20* ____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                         *December 1, 2005*

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11 - 7 - 05 |

| NAME OF SERVER (PRINT) Postal certified | TITLE Post man. |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): __US Mail Certified first class with Return Receipt__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $5.5> |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12 - 12 - 05__     _____
             Date              Signature of Server

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Catherine Garcia-Lindstrom
Walker Police Dept
4343 Remembrance Rd
Walker, MI 49544-1181

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kim Gauche    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Kim Jahnske    12/12/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_Rashid Jahm_     District of _Boston, Massachusetts_

2006 JAN -3 A 9:05

DISTRICT COURT
DISTRICT OF MASS.

### SUMMONS IN A CIVIL CASE

_Paul J. Fischer, in his official
and his individual capacity_

CASE NUMBER:

# 05 - 11638 JLT

TO: (Name and address of Defendant)

_Paul J. Fischer — Executive Director
Michigan Judicial Tenure commission
3034 West Grand Blvd. Suite 8-450
Detroit, MI. 48202
313 - 825 - 5110_

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _=20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

_December 1, 2005_

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11 - 7 - 05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Postal certified | Post man |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _U S Mail certified first class with Return Receipt_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $5.57 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12 - 13 - 05__    _____
            Date            Signature of Server

---

**SENDER** COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:
   Paul J. Fischer,
   Michigan Judicial Tenure commission
   3034 West Grand Blvd
   Suite 8-450
   Detroit, Mi. 48202

A. Signature
X _Bell_     ☐ Agent
             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   I. Bell                       12-7-05

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Rashid  Jahm _____ District of _Boston Massachetts_

_FILED OFFICE_
_2006 JAN -3  A 9:04_

v.

_DISTRICT COURT_
_DISTRICT OF MASS_ **SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 - 11638 JLT

TO: (Name and address of Defendant)
Governor Jennifer M. Granholm
P.O. Box 30013
Lasing, M. 48909
517 - 373 - 3400

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

**CLERK**

(By) DEPUTY CLERK

_December 1, 2005_

**DATE**

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11 — 7 — 0 5 |

| NAME OF SERVER (PRINT) Portal certified | TITLE Post man |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _U S Mail certified first class with Return Receipt_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $5.55 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12 — 12 — 05 _____
              Date          Signature of Server

---

SENDER COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Governor Jennifer M. Granholm
P-O Box 30013
Lansing, Mi. 48909

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) JEREMY HALL  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DEC 1 2 2005

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Rashied Jahm _____ District of Boston, Massachusetts

2006 JAN -3 A 9:04

DISTRICT COURT
DISTRICT OF MASS          **SUMMONS IN A CIVIL CASE**

V.

State of Michigan Ex rel.
and city of Walter A Michgan CASE NUMBER:
Municipal corp

# 05 - 11638 JLT

TO: (Name and address of Defendant)

Michigan Department of Attorney general
Mr. Mike cox.
G. Mennen williams Building.    P.O. Box 525 W 30212
7th Floor 525 W. ottawa St.    Lansing, Mi. 48909
                               517 - 373 - 1110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

December 1, 2005

CLERK                          DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  *11 - 2 - 05* |
|---|---|
| NAME OF SERVER *(PRINT)*  *Postal certified* | TITLE  *Post man.* |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☑  Other (specify): ___ *US Mail certified first class.* ___
___ *with Return Receipt* ___

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  *$5.5* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *12 - 12 - 05*  _____
              Date              Signature of Server

SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

1. Article Addressed to:

*Mike Cox Attorney*
*5th floor 525 w ottawa*
*P.O. Box 30212*
*Lansing, MI 4890*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

DEC 1 2 2005

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

*Rashid Jahm* District of *Boston Massachusetts*

FILED
2006 JAN -3 A 9: 04

DISTRICT OF MASS.

**SUMMONS IN A CIVIL CASE**

V.

*George S. Buth in his official
and individual capacity*

CASE NUMBER:

## 05 - 11638 JLT

TO: (Name and address of Defendant)

*George S. Buth
180 ottawa NW suite 1120 A
Grand Rapids, Mi 49503
616 - 632 - 5020*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

*December 1, 2005*

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11 − 7 − 05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Postal certified | Post man |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): __US Mail certified first class with Return Receipt__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $5.53 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12 − 12 − 05__     _____
　　　　　　　　Date　　　　　　　　Signature of Server

SENDER:

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

| A. Signature | |
|---|---|
| X Jeremy Marcuse | ☐ Agent ☐ Addressee |
| B. Received by (Printed Name) Jeremy M. Marcuse | C. Date of Delivery |

1. Article Addressed to:

George S. Buth
180 ottawa NW Suite 1150A
Grand Rapids, Mi 49503

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DEC 12 2005

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED

_Rashid Jahm_ District of _Boston, Massachusetts_

2006 JAN -3 A 9:04

DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL CASE**

V.

_Mary Kelly_

CASE NUMBER:

**05 - 11688 JLT**

TO: (Name and address of Defendant)

_Mary Kelly in her official and individual capacity_
_Deputy county circuit court clerk_
_180 - ottawa NW suite 2400_
_Grand Rapids, MI, 49503_        _616 - 632 - 5480_

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

_December 1, 2005_

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11-7-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Postal Certified | Post man |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _US Mail certified first class_
_with Return Receipt_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $5.80 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12-12-05__  _____
          Date          Signature of Server

---

**SENDER** COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mary Reilly
180 Ottawa NW Suite 2400
Grand Rapids, Mi 49503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jeremy Marcus_   ☐ Agent
                     ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Jeremy Marcus

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

DEC 12 2005

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

*Rashid Jahm* _____ District of ___ *Boston, Massachusetts*

FILED
2006 JAN -3 A 4:04
U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL CASE**

V.

*Shawn M. Breimayer CSR (6888)*

CASE NUMBER:

## 05 - 11638 JLT

TO: (Name and address of Defendant)

*Shawn M. Breimayer, CSR (6888)*
*180 ottawa NW Suite 1050 D*
*Grand Rapids, MI 49503*
*616 - 632 - 5012*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___*20*___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

*December 1, 2005*

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *11 – 7 – 05* |

| NAME OF SERVER (PRINT) *Postal certified* | TITLE *Post Man* |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): *U S Mail Certified first class with Return Receipt*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $5·55 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *12 – 12 – 05*
Date          Signature of Server

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *Jeremy Marcusse*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Jeremy Marcusse

1. Article Addressed to:    CSR 6988
*Shawn M. Breimayer
180 ottawa N. W. Suite 10500
Grand Rapids, MI - 49503*

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

DEC 12 2005

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.