UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Rashid Jahm,

        Plaintiff,

v.

Dennis B. Leiber, et all

        Defendants.
_____/

Case No. 05-CV-11638-JLT

    NOW COMES John A. Christopher IV, of Spitzer, Christopher & Arvanites, and files his appearance on behalf of Defendants Dennis B. Leiber, George Buth, Mary Kelly, and Shawn M. Breimayer, as local counsel, in the above-captioned matter.

Dated: January 3, 2006

                              John A. Christopher IV, Esquire
                              Spitzer, Christopher & Arvanites
                              199 Rosewood Drive, Suite 350
                              Danvers, MA 01923
                              (978)777-5100

## CERTIFICATE OF SERVICE

I, John A. Christopher, do hereby certify that I have served a true copy of the foregoing Notice of Appearance by first class mail, postage prepaid, to Richard Jahm, Pro Se, at 49 Hallenan Avenue, Lawrence, MA 01841 this 3rd day of January, 2006.

Dated: January 3, 2006

_____
John A. Christopher