UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Rashid Jahm,

        Plaintiff,

Case No. 05-CV-11638-JLT

v.

Dennis B. Leiber, et all

        Defendants.
_____/

## MOTION TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

**NOW COMES** Attorney John A. Christopher IV and files this Motion to Extend Time to File a Response to Plaintiff's Complaint, and in support of motion, states:

1. I am acting as the local counsel in this case and assisting Attorney Judy Bregman of Grand Haven, Michigan, in the process of getting her admitted Pro Hac Vice on behalf of Defendants Leiber, Buth, Kelly and Breimayer. A Motion for admission Pro Hac Vice will be filed as soon as Ms. Bregman obtains her Certificate of Good Standing from the Federal District Court in Michigan.

2. Defendants Leiber, Buth, Kelly, and Breimayer were served by regular mail on or about December 13, 2005, and therefore, were not properly served.

3. However, these Defendants are willing to accept this service by mail as if service was accompanied by a Waiver, as delineated in Fed R. Civ. P. 4(d)(3) allowing 60 days to respond to the Complaint, or, or before February 13, 2006.

**WHEREFORE,** Defendants Leiber, Buth, Kelly, and Breimayer request this Court extend their time to file a response to Plaintiff's Complaint until February 13, 2006.

Dated: January 3, 2006

                /s/ John A. Christopher IV
John A. Christopher IV, Esquire
Spitzer, Christopher & Arvanites
199 Rosewood Drive, Suite 350
Danvers, MA 01923
(978) 777-5100
BBO #083320

## CERTIFICATE OF SERVICE

I, John A. Christopher, do hereby certify that I have served a true copy of the foregoing Defendant's Motion to Extend Time to File a Response to Plaintiff's Complaint by first class mail, postage prepaid, to Richard Jahm, Pro Se, at 49 Hallenan Avenue, Lawrence, MA 01841 this 3rd day of January, 2006.

Dated: January 3, 2006

_____
John A. Christopher