UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RASHID JAHM,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHIGAN STATE, STATE OF MICHIGAN, DENNIS D. LEIBER, MARY KELLY, JENNIFER M. GRANHOLM, PAUL J. FISCHER, CRAIG NOLAND, KEMPER INSURANCE PRESIDENT CLAIM DEPARTMENT, CATHERINE GARCIA-LINDSTROM, GEORGE S. BUTH, SHAWN M. BREIMAYER, STEPHEN C. BRANDSDORFER, STEVEN C. COUCH, GEORGE L. McGARGER and MIDWEST CLAIMS SERVICES<br><br>            Defendants. | CIVIL ACTION<br>NO. 1:05-cv-11638-JLT |

**NOTICE OF APPEARANCE**

Please enter on the docket my appearance as attorney for the Michigan state defendants State of Michigan, Michigan Governor Jennifer M. Granholm, Paul J. Fischer and the Michigan Judicial Tenure Commission.

                                                            Respectfully submitted,

                                                            THOMAS F. REILLY
                                                            ATTORNEY GENERAL


                                                            /s/ Juliana deHaan Rice
                                                            Juliana deHaan Rice, BBO No. 564918
                                                            Assistant Attorney General
                                                            Office of the Attorney General
                                                            One Ashburton Place
                                                            Boston, MA 02108
                                                            (617) 727-2200, ext. 2062

Date:         January 5, 2006

Certificate of Service

    I, Juliana deHaan Rice, Assistant Attorney General, hereby certify that I have on this day served the above document upon all parties by electronic notice to ECF registered parties and by mailing a copy first class, postage prepaid to: Rashid Jahm, pro se, 49 Halleman Avenue, Lawrence, MA 01841.

                                                /s Juliana deHaan Rice
                                                Juliana deHaan Rice
                                                Assistant Attorney General

Date:    January 5, 2006