UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RASHID JAHM,**　　　　　　　　　　　　　CASE NO. 05-CV-11638-JLT

　　　　Plaintiff,　　　　　　　　　　　　Hon. Joseph L. Tauro

v

**DENNIS D. LEIBER, ET AL**

　　　　Defendants.

　　　　　　　　　　　　　　　　/

**CERTIFICATE OF SERVICE**

　　　　George L. McCargar, the undersigned, deposes and states that on Janury 3, 2006, he served a true copy of the Answer to the Complaint, Affirmative Defenses, Motion for Dismissal Under Rule 12(b), Motion For Judgment Under Rule 12(c) and Brief In Support of Motion For Dismissal and Motion For Judgment via U.S. Mail on Plaintiff, Rashid Jahm, at his address of record: 49 Halleman Ave., Lawrence, MA  01814.

Date: 1/3/06　　　　　　　　　　　　　/s/ GMcC
　　　　　　　　　　　　　　　　　　　George L. McCargar, III (P45588)
　　　　　　　　　　　　　　　　　　　161 Ottawa Ave. N.W., Ste. 411-S
　　　　　　　　　　　　　　　　　　　Grand Rapids, Michigan 49503
　　　　　　　　　　　　　　　　　　　(616) 774-8422