UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

RASHID JAHM,

        Plaintiff, pro se,

v.                                              Case No. 05cv11638-JLT

DENNIS D. LIEBER, et al,

        Defendants

---

### CERTIFICATE OF SERVICE

I, Patrick J. Dolan, hereby certify that on January 3, 2006, I filed the Motion to Dismiss of the Defendants, Catherine Garcia-Lindstrom, City of Walker Police Department, and Midwest Claim Services, Inc., along with a Memorandum of Law in Support of said Motion.

On January 3, 2006, I mailed a copy of said Motion and Memorandum of Law to Rashid Jahm, 49 Halleman Avenue, Lawrence, MA, 01841.

                                                        /s/ Patrick J. Dolan
                                                        Patrick J. Dolan, Esq., BBO #564250
                                                        Peabody & Arnold LLP
                                                        30 Rowes Wharf
                                                        Boston, MA  02110
                                                        617-951-4724

PABOS2:PDOLAN:629898_1
15026-91613