UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RASHID JAHM,** | CASE NO. 05-CV-11638-JLT |
| Plaintiff, | |
| v | |
| **DENNIS D. LEIBER, ET AL.** | |
| Defendants. | |

_____/

| | |
|---|---|
| Rashid Jahm | George L. McCargar, III (P45588) |
| In Pro Per | In Pro Per |
| 49 Hallenan Ave. | 161 Ottawa Ave. NW  Ste 411-S |
| Lawrence, MA 01841 | Grand Rapids, MI 49503 |
| (978) 258-9419 | (616) 774-8422 |

_____/

**DEFENDANT GEORGE L. McCARGAR'S
CERTIFICATE OF CONSULTATION
UNDER LOCAL RULE 7.1(A)(2)**

Defendant George L. McCargar, III ("McCargar") certifies that on January 12, 2006, he spoke via telephone with the Plaintiff in a good faith effort to resolve or narrow the issues presented in McCargar's Motion to Dismiss and Motion For Judgment on the Pleadings, but no resolution was agreed upon.

Date: 1/13/06

_____
George L. McCargar, III (P45588)
In Pro Per
161 Ottawa, N.W., Ste. 411-S
Grand Rapids, Michigan 49503
(616) 774-8422

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

**RASHID JAHM,**                              CASE NO. 05-CV-11638-JLT

    Plaintiff,

v

**DENNIS D. LEIBER, ET AL.**

    Defendants.
_____/

| | |
|---|---|
| Rashid Jahm | George L. McCargar, III (P45588) |
| In Pro Per | In Pro Per |
| 49 Hallenan Ave. | 161 Ottawa Ave. NW Ste 411-S |
| Lawrence, MA 01841 | Grand Rapids, MI 49503 |
| (978) 258-9419 | (616) 774-8422 |

_____/


### CERTIFICATE OF SERVICE

    George L. McCargar, the undersigned, deposes and states that on January 13, 2006, he served a true copy of the Certificate of Consultation via U.S. Mail on Plaintiff, Rashid Jahm, at his address of record: 49 Halleman Ave., Lawrence, MA 01814.

Date: 1/13/06

                                  /s/ George L. McCargar
                                  George L. McCargar, III (P45588)
                                  161 Ottawa Ave. N.W., Ste. 411-S
                                  Grand Rapids, Michigan 49503