UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RASHID JAHM,

Plaintiff, pro se,

v.                                                    Case No. 05cv11638-JLT

DENNIS D. LIEBER, et al,

Defendants

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick J. Dolan for the defendants Catherine Garcia-

Lindstrom, City of Walker Police Department, and Midwest Claims Services, Inc.

DEFENDANTS CATHERINE GARCIA-
LINDSTROM, CITY OF WALKER POLICE
DEPARTMENT, AND MIDWEST CLAIMS
SERVICES, INC.

By its attorney,

/s/ Patrick J. Dolan_____
Patrick J. Dolan, BBO #564250
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
Dated:  January 19, 2006              (617) 951-2100

## CERTIFICATE OF SERVICE

I, Patrick J. Dolan, hereby certify that on this 19th day of January 2006, I served the within Notice of Appearance by causing a copy thereof to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed via first class mail, postage prepaid to the following non-registered participants in this case:  Rashid Jahm, 49 Halleman Avenue, Lawrence, MA 01841 and George L. McCarger, 161 Ottawa Avenue, NW, Suite 411-S, Grand Rapids, MI  49503.

/s/ Patrick J. Dolan_____
630397_1                              Patrick J. Dolan, Esq.