UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Rashid Jahm,

                                             Case No. 05-CV-11638-JLT

           Plaintiff,

v.

Dennis B. Leiber, et all

           Defendants.

_____/

### MOTION TO ADMIT ATTORNEY JUDY E. BREGMAN PRO HAC VICE

**NOW COMES** Attorney John A. Christopher IV and files this Motion to Admit Attorney Judy E. Bregman Pro Hac Vice, and in support of motion, states:

1.     I am a member in good standing on the Massachusetts bar and licensed to practice in the United States District Court for Massachusetts.

2.     Judy E. Bregman is an attorney in Grand Haven, Michigan. She has been retained by a long-standing client to represent the Judges, former deputy clerk and court reporter who are all Defendants in this case.

3.     Attorney Bregman requests permission to appear and practice in this court Pro Hac Vice for the sole purpose of representing the following Defendants in this action: Dennis B. Leiber, George Buth, Mary Kelly, and Shawn M. Breimayer.

4.     I have entered an appearance in this case along with Attorney Bregman's appearance.

Dated: 1/19/06 _____           /s/ John A. Christopher _____

_____    John A. Christopher IV (BBO# 083320)

                                             Spitzer, Christopher & Arvanites

                                             199 Rosewood Drive, Suite 350

                                             Danvers, MA 01923

                                             (978) 777-5100

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Rashid Jahm,

                                   Case No. 05-CV-11638-JLT

           Plaintiff,

v.

Dennis B. Leiber, et all

           Defendants.

_____/


NOW COMES Judy E. Bregman, of Bregman & Welch,  and files her appearance on behalf of Defendants Dennis B. Leiber, George Buth, Mary Kelly, and Shawn M. Breimayer in the above-captioned matter.


Dated: January 19, 2006                       /s/Judy E. Bregman
                                              Judy E. Bregman (P32252)
                                              BREGMAN & WELCH
                                              212 Washington/PO Box 885
                                              Grand Haven, MI 49417
                                              (616) 846-3145

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Rashid Jahm,

                    Case No. 05-CV-11638-JLT

        Plaintiff,

v.

Dennis B. Lieber, et all                 **AFFIDAVIT**

        Defendants.
_____/

STATE OF MICHIGAN )
                )ss
COUNTY OF OTTAWA)

_____Judy E. Bregman, being duly sworn, says as follows:

    1.      I am a member of the bar of the State of Michigan, in good standing, and licensed to practice in the United States Districts Court for the Eastern and Western Districts of Michigan. I am also admitted to practice in the United States District Court for Connecticut and the Northern District of Illinois.

    2.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

    3.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    4.      This Affidavit accompanies a Motion for Pro Hac Vice by John A. Christopher IV, a member of the State Bar of Massachusetts, licensed to practice in the United States District Court for Massachusetts.

                    _/s/Judy E. Bregman_____
                    Judy E. Bregman (P32252)

Subscribed and sworn to before me this __19th____ day of January_____, 2006

                    __/s/ Vicki L. Vanden Berg_____
                    Vicki L. Vanden Berg
                    Notary Public, Kent County, Michigan
                    My Commission expires: 9/29/11
                    Acting in Ottawa County



**OFFICE OF THE CLERK**
www.miwd.uscourts.gov

399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503
(616) 456-2381

229 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226-2021

B-35 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 337-5706

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377-1559

E-filing Help Desk:
(616) 456-2206
(800) 290-2742
ecfhelp@miwd.uscourts.gov

# CERTIFICATE OF GOOD STANDING

I, Ronald C. Weston, Sr., Clerk of the United States District Court

for the Western District of Michigan, do hereby certify that

## JUDY E. BREGMAN

was duly admitted to practice in said Court on January 9, 1981, and

is in good standing as a member of the bar of said Court.

Dated at Grand Rapids,                    Ronald C. Weston, Sr., Clerk

Michigan, on January 4, 2006          By:
                                                                          Deputy Clerk