Affadavit from Plaintiff
For delivery

Plaintiff Rashid Jalm has deliver the complaint and summon on defendent Great American Insurance on his business place at

Jim cartier
2435 North centeral Expressway
Suite 1400
Richardson, Tx. 75080

and Proof of service is Attached with the summons.

Respectfully
Rashid Jalm
Pro se           1-31-06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Rashid Jahm          District of  Boston, Massachetts

## SUMMONS IN A CIVIL CASE

V.

Steven C. Couch Asst. Vice President claim
Great American Insurance
Professional Liability Division

CASE NUMBER: 05-11638 JLT

TO: (Name and address of Defendant)

Steve C. Couch Asst. Vice President.
Great American Insurance.
1755 North Collins Boulevard
LB# 506 Richardson, Tx. 75080-3638 (972) 437-7101

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                December 1, 2005
CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11-7-05 |
| NAME OF SERVER (PRINT) Postal Service | TITLE Post man. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _U.S. Mail certified first class with Return receipt_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES US postal Mail first class | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _1-3-05_

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Great American Ins
   Jim Cartier
   2435 North central
   Suite: 1400 Expressway
   Richardson, TX 75080

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X E Muller     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
E Muller                         1/3/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 0390 0003 4260 5066

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.