UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05CV11638-JLT

```
* * * * * * * * * * * * * * * *
                               *
RASHID JAHM,                   *
     Plaintiff,                *
                               *
v.                             *
                               *
DENNIS D. LIEBER; et al,       *
     Defendants.               *
                               *
* * * * * * * * * * * * * * * *
```

### KEMPER'S RULE 12(b)(6) MOTION TO DISMISS THE COMPLAINT

Defendant Kemper Insurance Companies hereby moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss plaintiff Rashid Jahm's complaint against it because his complaint fails to name, refer to, or otherwise describe any act or inaction on the part of Kemper sufficient to articulate a viable legal claim upon which relief might be granted.

KEMPER INSURANCE COMPANIES

/s/ Robert P. Powers

Robert P. Powers, BBO #544691
Evan C. Ouellette, BBO #655934
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
617-523-6200
rpowers@melicklaw.com