UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Rashid Jahm,
       Plaintiff      )
                                  )
V.                                )       Case No. 05-CV-11638-JLT
                                  )
Dennis D. Leiber,   et al      )
       Defendant     )

_____

**CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7.1**

     I, John A. Christopher, hereby certify that on February 14, 2006, I requested, via first class mail, postage pre-paid, that the plaintiff contact me no later than 5:00 p.m. on February 16, 2006 to narrow the issues in the Motion for Summary Judgment. Plaintiff failed to contact me by 5:00pm on February 16, 2006.

     Signed under the pains and penalties of perjury this 17th day of February, 2006.

                                          /s/John A. Christopher
                                          John A. Christopher (083320)
                                          jchristopher@scalawyers.com
                                          Spitzer, Christopher & Arvanites
                                          Co-counsel for Defendants Leiber,
                                          Buth, Kelly and Breimayer
                                          199 Rosewood Drive, Suite 350
                                          Danvers, Massachusetts 01923
                                          (978) 777-5100

Dated: February 17, 2006

                                          /s/ Judy E. Bregman
                                          Judy E. Bregman (P32252)
                                          judy_bregman@yahoo.com
                                          Bregman & Welch
                                          Co-counsel for Defendants Leiber,
                                          Buth, Kelly and Breimayer
                                          212 Washington/P O Box 885
                                          Grand Haven, MI 49417
                                          616-846-3145

Case 1:05-cv-11638-JLT    Document 38    Filed 02/17/2006    Page 2 of 2