UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAR -2  A 8: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

**RASHID JAHM,**

    Plaintiff,

v

**DENNIS B. LEIBER, et al,**

    Defendants.

_____/

**CASE NO. 05-CV-11638-JLT**

Hon. Joseph L. Tauro

Rashid Jahm
Pro Se
49 Hallenan Ave.
Lawrence, MA 01841
(978) 258-9419

George L. McCargar, III (P45588)
Pro Se
161 Ottawa Ave. NW Ste 411-S
Grand Rapids, MI 49503
(616) 774-8422

_____/

## DEFENDANT GEORGE L. McCARGAR'S MOTION
## FOR ORDER GRANTING LEAVE TO ATTEND SHEDULING CONFERENCE
## VIA TELEPHONE

Pursuant to Fed R. Civ. P. 16, Defendant George L. McCargar, III moves for entry of an order granting him leave to attend the Scheduling Conference scheduled for March 20, 2006 via telephone. In support he relies on the facts, law and argument set forth in the brief supporting this motion which is being filed concurrently herewith.

Date: 2/28/06

_(signature)_
George L. McCargar, III (P45588)
Pro Se
161 Ottawa, N.W., Ste. 411-S
Grand Rapids, Michigan 49503
(616) 774-8422

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**RASHID JAHM,**

Plaintiff,

v

**DENNIS D. LEIBER, ET AL.**

Defendants.

_____/

**CASE NO. 05-CV-11638-JLT**

Rashid Jahm
In Pro Per
49 Hallenan Ave.
Lawrence, MA 01841
(978) 258-9419
_____/

George L. McCargar, III (P45588)
In Pro Per
161 Ottawa Ave. NW Ste 411-S
Grand Rapids, MI 49503
(616) 774-8422

### DEFENDANT GEORGE L. McCARGAR'S
### CERTIFICATE OF CONSULTATION
### UNDER LOCAL RULE 7.1(A)(2)

Defendant George L. McCargar, III ("McCargar") certifies that on March 1, 2006, he spoke via telephone with the Plaintiff to seek concurrence from Plaintiff regarding McCargar's Motion For Order Granting Leave To Appear At Scheduling Conference Via Telephone. Plaintiff concurred with the Motion and agrees that McCargar may attend the Scheduling Conference via telephone.

Date: 3/1/06

_____
George L. McCargar, III (P45588)
In Pro Per
161 Ottawa, N.W., Ste. 411-S
Grand Rapids, Michigan 49503
(616) 774-8422

FILED
IN CLERKS OFFICE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
2006 MAR -2 A 8:53

U.S. DISTRICT COURT
DISTRICT OF MASS.

RASHID JAHM,  CASE NO. 05-CV-11638-JLT

    Plaintiff,

v

DENNIS D. LEIBER, ET AL

    Defendants.

_____/

## CERTIFICATE OF SERVICE

    George L. McCargar, III, the undersigned, deposes and states that on March 1, 2006, he served a true copy of the Motion for Order Granting Leave To Attend Scheduling Conference Via Telephone, Brief in Support, Certificate of Consultation and Proof of Service on Plaintiff, Rashid Jahm, at the address of record: 49 Halleman Ave., Lawrence, MA 01814, and on:

Mark E. Donnelly
Michigan Dept. of the Attorney General
Mennen Building, 5th Floor
P.O. Box 30736
525 W. Ottawa
Lansing, MI 48909

John A. Christopher
Spitzer, Christopher & Arvanites
199 Rosewood Dr., Ste. 350
Danvers, MA 01923

Juliana DeHaan Rice
Attorney General's Office
One Ashburton Place
Boston, MA 02108-1698

Stephen J. Duggan
Lynch & Lynch
45 Briston Dr., Third Floor
South Easton, MA 02375

Robert P. Powers  
Melick, Porter & Shea, LLP  
28 State St.  
Boston, MA 02109

Thomas R. Meagher  
Foster, Swift, Collins & Smith, P.C.  
313 S. Washington Square  
Lansing, MI 48933

Dated: 3/1/06

*/s/ George L. McCargar*  
George L. McCargar, III (P45588)  
Russell & McCargar, LLP  
161 Ottawa, N.W., Ste. 411-S  
Grand Rapids, MI 49503  
(616) 774-8422