UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RASHID JAHM,

        Plaintiff,

v

MICHIGAN STATE, STATE OF MICHIGAN, DENNIS D. LEIBER, MARY KELLY, JENNIFER M. GRANHOLM, PAUL J. FISCHER, CRAIG NOLAND, KEMPER INSURANCE PRESIDENT CLAIM DEPARTMENT, CATHERINE GARCIA-LINDSTROM, GEORGE S. BUTH, SHAWN M. BREIMAYER, STEPHEN C. BRANDSDORFER, STEVEN C. COUCH, GEORGE L. McGARGER and MIDWEST CLAIMS SERVICES,

        Defendants.

No. 1:05-CV-11638-JLT

HON. JOSEPH L. TAURO

---

Rashid Jahm
In *ProPer*
49 Halleman Avenue
Lawrence MA 01841
(617) 780-1704

Mark E. Donnelly  (P39281)
Attorney for Defendants Fisher, Granholm, State of Michigan and Michigan State
Michigan Department of Attorney General
Public Employment, Elections & Tort Division
P.O. Box 30736
Lansing, MI  48909
(517) 373-6434

Judy E.  Bregman (P32252)
Bregman & Welch
Attorney for Defendants Leiber, Buth, Kelly and Breimayer
212 Washington
PO Box 885
Grand Haven, MI 49417
(616) 846-3145

Patrick J. Dolan, BBO#56450
Peabody & Arnold LLLP
Attorneys For Defs Garcia-Lindstrom, City Of Walker Police Dept., And Midwest Claims Services, Inc.
30 Rowes Wharf
Boston MA 02110
(617) 951-2100

Thomas R. Meagher
Foster, Swift, Collins & Smith, P.C.
313 S Washington Square
Lansing MI 48933

Robert P. Powers
Melick, Porter & Shea, LLP
Attorney For Def Kemper Insurance Co.
28 State Street
Boston, MA 02109-1775
(617) 523-6200

George L. McCarger
161 Ottawa , Nw
Suite 411-S
Grand Rapids MI 49503

| | |
|---|---|
| John A. Christopher | Stephen J. Duggan |
| Spitzer, Christopher & Arvanites | Lynch & Lynch |
| Attorneys for Defendant Defendants Leiber, | Attorney for Defendant Noland |
| Buth, Kelly and Breimayer | 45 Bristol Drive, Third Floor |
| 199 Rosewood Drive, Ste 350 | South Easton, MA 02375 |
| Danvers, MA 01923 | (508) 230-2500 |
| (978) 521-0940 | |

### DEFENDANTS FISHER, GRANHOLM, STATE OF MICHIGAN AND MICHIGAN STATE'S MOTION FOR ORDER GRANTING LEAVE TO ATTEND SCHEDULING CONFERENCE VIA TELEPHONE

Pursuant to Fed R Civ P 16, Defendants Fisher, Granholm, State of Michigan and Michigan State, move for entry of an order granting them leave to attend the Scheduling Conference scheduled for March 20, 2006 via telephone. In support they rely on the facts, law and argument set forth in the brief supporting this motion which is being filed concurrently herewith.

Respectfully submitted,

MICHAEL A. COX
Attorney General

*/s/ Mark E. Donnelly*
Mark E. Donnelly (P39281)
Assistant Attorney General
Public Employment, Elections
&Tort Defense Division
P.O. Box 30736
Lansing, Michigan 48909-8236
Telephone: (517) 373-6434

Dated: March 6, 2006
2000/Jahm/Mtn4Lv Sch Conf

Statement of Compliance with Local Rule 7.1(A)(2)

The undersigned counsel hereby certifies that, on March 6, 2006 I reached the plaintiff *pro se* Rashid Jahm by telephone at 616-780-1704. Mr. Jahm stated that he had no objection to the undersigned appearing at the scheduling conference by telephone.

    s/ Mark E. Donnelly
Mark E. Donnelly (P39281)
Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434

Certificate of Service

I, Mark E. Donnelly, Assistant Attorney General, hereby certify that I have on this day served the above document upon all parties by electronic notice to ECF registered parties and by mailing a copy first class, postage prepaid to: Rashid Jahm, pro se, 49 Halleman Avenue, Lawrence, MA 01841.

    s/ Mark E. Donnelly
Mark E. Donnelly (P39281)
Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434

Date: March 6, 2006