UNITED STATES DISTRICT COURT
District of Massachusetts
1 courthouse way, suite 2300
Boston, Massachusetts. 02210
617-748-9152

| | |
|---|---|
| Rashid Jahm<br>    Pro se<br>  Plaintiff<br>Vs<br>George S. Buth<br>John A. Christopher<br>Spitzer, Christopher & Arvanites<br>Attorney for defendant<br>Northwoods business Park<br>199 Rosewood drive, suite 350<br>Danvers, MA. 01923<br>978-777-5100<br>  Defendant | Case No:05CV11638-JLT<br>**Jury Trial Demanded** |

### Plaintiff Answer to Defendant George S. Buth Motion For Summery Judgment

NOW COME plaintiff want to clear to defendants that they are in this federal court for Conspiracy, Fraud, Violation of due process, violation of constitutional right, and violate their oath that they took to be fair without any prejudices. This case is not about retrial this case is about defendants get together to conspire against plaintiff using their influence and their judicial power to fraud with plaintiff to deprive him for their personal gain. This case is about how the out come was made. Following are the proof.

1. Michigan Supreme Court State Court administrative office send to George Buth a office letter along my letter to investigate regarding jury implanting but George Buth did not care for the official letter. Plaintiff was having problem during trial when he leave the trial one or two person who were in the jury and who read the verdict. He waited behind the glass door right next to the elevator when ever plaintiff wait for the elevator he come out from the glass door and it seems he wanted to ride in my elevator but plaintiff always pull back himself to let him go first. I knew he is trying to trap me. I ignored. If George Buth did investigate things could have been

clearer and person could have been caught. I guess they knew that I am right about implanting of the jury. Craig Noland will know. EXHIBIT (A) Page. 1, 2

2. Plaintiff filed motion with George Buth DEC. 5, 02 for transcript compensation but refuse to hear it even I talked to his secretary.

3. Plaintiff filed motion for his second case to complaint him regarding how plaintiff is being treated by Dennis Leiber. Plaintiff received called from his office and his secretary told plaintiff we can not hear your motion plaintiff went in the court to talked to secretary she refuse to hear me. I waited in his courtroom if he may call my name but did not happen.

WHEREFORE Plaintiff requests a sworn statement with proof from defendant George Buth and request to Hon. Court for relief to plaintiff from defendant and plaintiff request jury trial. So jury can decide the relief for plaintiff. And penalize the defendant in a way that it should not happen again.

Dated: March 03-06

Rashid Jahm
Pro se

49 Hallenan Ave
Lawrence, MA 01841
978-258-9419

CHIEF JUDGE
STATE OF MICHIGAN
THE CIRCUIT COURT FOR THE COUNTY OF KENT

Rashid A. JAHM                                File No: 00-08794-NI

    Plaintiff                                  Defendant

                                                         City of Walker, a Michigan

Municipal

                                                         Corp, And **Craig Noland**

Rashid A. JAHM                                Smith, Haughey, Rice, & Roegge
3009 Eastern S.E. APT.303E                    Craig Noland (p30717)
Grand Rapids, MI. 49508                       200 Calder Plaza Bldg
(616) 559-6185                                250 Monroe N.W.
                                                          Grand Rapids, MI 49503-2251
                                                          616-774-8000

## MOTION FOR LEGAL HELP AND TRANSCRIPT COMPENSATION

I am Rashid Jahm plaintiff in the said matter. I have been disable due to the car accident of Sep,31 1999 including close head injury, impairment of mental function.
I am on federal disability, which is not enough to pay legal fee and cost of transcript fee.
I request to Honorable chief Judge George Buth for your kind attention for assistant in legal help fee and transcript fee
Due to the complexity of the legal issue and legal term it will be fair that I should me represented by the attorney to get fair opportunity to represent in all the matter.
I beg your Hon I do deserve it.

Respectfully

*/s/ Rashid Jahm/*
Rashid Jahm
12-06-02

Rec'd & Filed
DEC 5 2002
Kent County Clerk



# Michigan Supreme Court
### State Court Administrative Office
P.O. Box 30048
Lansing, Michigan 48909
Phone: (517) 373-9353  Fax: (517) 373-8760
hughesj@courts.mi.gov
James P. Hughes, Regional Administrator

October 20, 2003

Rashid Jahm
3009 Eastern, S.E.
Apartment 302E
Grand Rapids, Michigan 49508

Dear Mr. Jahm:

The State Court Administrative Office, Region II, received your letter of November 12, 2002. I apologize for the delay in responding, however, our current workload and staffing levels made a quicker response impossible.

We have forwarded a copy of your letter to the Chief Judge of the 17th Court, Judge George S. Buth.

You may also wish to consult with an attorney to discuss any appellate that may be available to you.

Sincerely,

James P. Hughes
Regional Administrator, Region II

rkg

cc: Hon. George S. Buth