UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RASHID JAHM,

        Plaintiff,

v

MICHIGAN STATE, STATE OF MICHIGAN, DENNIS D. LEIBER, MARY KELLY, JENNIFER M. GRANHOLM, PAUL J. FISCHER, CRAIG NOLAND, KEMPER INSURANCE PRESIDENT CLAIM DEPARTMENT, CATHERINE GARCIA-LINDSTROM, GEORGE S. BUTH, SHAWN M. BREIMAYER, STEPHEN C. BRANDSDORFER, STEVEN C. COUCH, GEORGE L. McGARGER and MIDWEST CLAIMS SERVICES,

        Defendants.

No. 1:05-CV-11638-JLT

HON. JOSEPH L. TAURO

---

Rashid Jahm
In *ProPer*
49 Halleman Avenue
Lawrence MA 01841
(617) 780-1704

Mark E. Donnelly  (P39281)
Attorney for Defendants Fisher, Granholm, State of Michigan and Michigan State
Michigan Department of Attorney General
Public Employment, Elections & Tort Division
P.O. Box 30736
Lansing, MI  48909
(517) 373-6434

Judy E.  Bregman (P32252)
Bregman & Welch
Attorney for Defendants Leiber, Buth, Kelly and Breimayer
212 Washington
PO Box 885
Grand Haven, MI 49417

Patrick J. Dolan, BBO#56450
Peabody & Arnold LLLP
Attorneys For Defs Garcia-Lindstrom, City Of Walker Police Dept., And Midwest Claims Services, Inc.
30 Rowes Wharf
Boston MA 02110
(617) 951-2100

Thomas R. Meagher
Foster, Swift, Collins & Smith, P.C.
313 S Washington Square
Lansing MI 48933

Robert P. Powers
Melick, Porter & Shea, LLP
Attorney For Def Kemper Insurance Co.
28 State Street
Boston, MA 02109-1775
(617) 523-6200

George L. McCarger
161 Ottawa , Nw

| | |
|---|---|
| (616) 846-3145 | Suite 411-S |
| | Grand Rapids MI 49503 |
| John A. Christopher | |
| Spitzer, Christopher & Arvanites | Stephen J. Duggan |
| Attorneys for Defendant Defendants Leiber, | Lynch & Lynch |
| Buth, Kelly and Breimayer | Attorney for Defendant Noland |
| 199 Rosewood Drive, Ste 350 | 45 Bristol Drive, Third Floor |
| Danvers, MA 01923 | South Easton, MA 02375 |
| (978) 521-0940 | (508) 230-2500 |

**DEFENDANTS STATE OF MICHIGAN, MICHIGAN STATE, GOVERNOR JENNIFER M. GRANHOLM, AND PAUL J. FISCHER'S MOTION TO DISMISS**

Defendants State of Michigan, Michigan State, Governor Jennifer M. Granholm, and Paul J. Fischer, by counsel, by counsel, pursuant to Fed R Civ P 12(b)(1)(2)(3) and (6), moves the Court to enter its Order granting summary judgment based upon the following grounds:

1. Plaintiff's complaint against the State of Michigan defendants is barred by Eleventh Amendment immunity, thereby warranting dismissal under Fed R Civ P 12(b)(1).

2. Plaintiff's complaint is also barred because this court lacks personal jurisdiction over the State of Michigan defendants, thereby warranting dismissal under Fed R Civ P 12(b)(2).

3. Even if this court had jurisdiction over the State of Michigan defendants, venue is improper, thereby warranting dismissal under Fed R Civ P 12(b)(3).

4. Plaintiff's complaint against the State of Michigan defendants is also barred because it fails to state a claim upon which relief can be granted, thereby warranting dismissal under Fed R Civ P 12(b)(6).

5. Concurrence in the relief sought herein was requested of plaintiff and was denied, thereby necessitating this motion.

Defendants State of Michigan, Michigan State, Governor Jennifer M. Granholm, and Paul J. Fischer respectfully request that the Court dismiss plaintiff's complaint and award any other relief that it deems equitable and just.

                Respectfully submitted,

                MICHAEL A. COX
                Attorney General

                */s/ Mark E. Donnelly*
                Mark E. Donnelly (P39281)
                Assistant Attorney General
                Tort Defense Division
                P.O. Box 30736
                Lansing, Michigan 48909-8236
                Telephone: (517) 373-6434

Date:  March 10, 2006
2006/Jahm/M2D