Issued by the

# UNITED STATES DISTRICT COURT

RASHID JAHM _____ DISTRICT OF _____ M[FILED]
[IN CLERKS OFFICE]

V. Craig Noland
State of Michigan
Kemper Insurance
City of Walber

TO: Joyce Puffy

SUBPOENA IN A CIVIL CASE

2006 MAY 26 P 12: 31

[DISTRICT COURT]
[DISTRICT OF MASS]

Case Number: 05-11638 JLT

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Pleas send me all document copy of checks and any and all file related to above matter. as you told me when I asked you to send information and document you advise me to send you subpoena. Claim No 169 DU 32 4091 or which may have been changed by insurance company

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES 1 State St Plaza 10th floor, N.Y. 10004 | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE MAR 15 2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite
Boston, MA 02210

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

' If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | Joyce Puff Department Manager | |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| | Postal | Postman |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed

**Sender: Complete this section**
1. Complete item 2.
2. Print your name and address on the reverse so that we can return the card to you.
3. Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Number: 7192 6978 2550 1001 3570

2. Article Addressed to:
Joyces Puff
(State St Plaza
10th Floor Ny. New York 10004

3. Service Type: CERTIFIED MAIL

4. Restricted Delivery? (Extra fee)

**Complete this section upon Delivery:**

A. Received by (Printed name): Frances Jaquez
B. Date of Delivery:
C. Signature: [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 2?
☐ Yes
☐ No

RECEIVED APR 04 2006
NY IDI CLAIMS OPERATIONS

PS Form 3811V, March 2005 (PSN 7530-07-000-0300)   Domestic Return Receipt

Rule 45. Fed

(c) PROTECTI

(1) A party subpoena shall on a person subj was issued shall of this duty an a earnings and re

(2) (A) A of designated premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to

hin the state in which the

other protected matter and

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion o information not describing specific events or occurrences in dispute and resultin from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party t incur substantial expense to travel more than 100 miles to attend trial, the cou may, to protect a person subject to or affected by the subpoena, quash or modif the subpoena, or, if the party in who behalf the subpoena is issued shows substantial need for the testimony or material that cannot be otherwise m without undue hardship and assures that the person to whom the subpoena i addressed will be reasonably compensated, the court may order appearance production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produ them as they are kept in the usual course of business or shall organize and lat them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it privileged or subject to protection as trial preparation materials, the claim sh be made expressly and shall be supported by a description of the nature of t documents, communications, or things not produced that is sufficient to enat