Issued by the

# UNITED STATES DISTRICT COURT

Rashid JAHM
49 Halleman Ave
Lawrence, MA 01841

DISTRICT OF Massachusetts

V.

Michigan state and other parties.

SUBPOENA IN A CIVIL CASE

2006 MAY 26 P 12:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

Case Number: 05-11638 JLT

TO:
Carl Droege manager
Broadspire

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please provide me all document and copying of check issued to Rashid Jahm under prof liability claim No 169 DV 0249, as you told me that you can not see now because it has been removed from the computer but you can tell in letter to testified that you did see before several check was issued on Rashid name

(side margin: 49 Halleman Ave Lawrence, MA 01841)

| PLACE | DATE AND TIME |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
|  | MAR 15 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.

| Sender: Complete this section | Complete this section upon Delivery: |
|---|---|
| 1. Complete item 2.<br>2. Print your name and address on the reverse so that we can return the card to you.<br>3. Attach this card to the back of the mailpiece, or on the front if space permits. | |
| 1. Article Number<br>7192 6978 2550 1001 3099 | A. Received by (Printed name) \| B. Date of Delivery<br>3/24/06 |
| 2. Article Addressed to<br>Carl Droege<br>Broad Spire Probet<br>8(4(( Suite 100<br>Vernon hill, IL 60061-4 | C. Signature<br>Sid Barlu  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 2?<br>If YES, enter delivery address below  ☐ Yes  ☐ No |
| 3. Service Type<br>CERTIFIED MAIL | |
| 4. Restricted Delivery? (Extra fee) | |
| PS Form 3811V, March 2005 (PSN: 7530-07-000-0300) | Domestic Return Receipt |

# BROADSPIRE

A PLATINUM EQUITY COMPANY

FILED
CLERKS OFFICE
2006 MAY 26  P 12: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

RASHID JAHM
49 HALLENAN AVE
LAWRENCE MA  01841

March 24, 2006

Re: Claim Number:    169-DU-324091

Dear Mr. Jahm:

We are unable to produce any documents pursuant to the attached subpoena.

Your original claim has and will remain claim number 169-DU-324091. That claim was never handled by myself or anyone in our Vernon Hills, Illinois claim office.

Sometime later you telephoned in a second duplicate claim. That claim was given the number 565-AU-109329. That claim was quickly discovered to be a duplicate and it was cancelled.

Claim number 565-AU-109329 has been cancelled. There were no payments issued on 565-AU-109329.

Please do not use claim number 565-AU-109329. You reported claim 565-AU-109329 in error. You should only be using the correct claim number 169-DU-324091.

You need to contact the adjuster who handled the original and correct claim number 169-DU-324091. I believe you even mentioned to me that the adjuster was from the Detroit area. They should be able to provide with the information requested.

Sincerely,

Carl E. Droege
Team Manager
Broadsprie
PO Box 8141
Vernon Hills, IL  60061
847-281-3633